834

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Manuel VENEGAS–FRANCO,**
**Defendant–Appellant.**

No. 07–51153
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gary R. Coley, Jr., Frederick & Coley, Waco, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Manuel Venegas–Franco (Venegas) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Venegas has not filed a response. Our independent review of the record and counsel's brief discloses no

nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.